IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Robert L. Matthews, | Case No. 5:13 CV 1850 |
| Petitioner, | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| -vs- | JUDGE JACK ZOUHARY |
| Kevin Jones, | |
| Respondent. | |

This Court has reviewed the Report and Recommendation ("R&R") of the Magistrate Judge filed January 22, 2015 (Doc. 16). The R&R recommends this Court deny Petitioner's request for counsel and further recommends the Petition be dismissed as procedurally defaulted.

Under 28 U.S.C. § 636(b)(1), a party must serve written objections to the Magistrate Judge's proposed findings and recommendations within fourteen (14) days of being served with the R&R, at which time this Court makes a *de novo* determination of those portions of the R&R to which objections were made. The failure to file objections within the time frame set forth in the statute constitutes a waiver of *de novo* review by the district court. *See United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Petitioner's deadline for filing objections has passed, and no requests for extension have been received. The R&R accurately states the facts and law, which this Court adopts in its entirety. Accordingly, this Court denies the Petition and dismisses this case with prejudice. This Court further declines to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c).

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U.S. DISTRICT JUDGE

February 10, 2015